# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 14, 2025

Ryan A. Morrison
LIBERTY JUSTICE CENTER
Suite 1-250
7500 Rialto Boulevard
Austin, TX  78735

     RE:  25-3036  Jeffrey Johnson, Sr. v. Bob Jacobson

Dear Counsel:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

ASL

Enclosure(s)

cc:    Clerk, U.S. District Court, District of Minnesota
      Duncan James Crim
      Madeleine R. DeMeules
      Kelly J. Keegan
      Elizabeth Catherine Kramer
      Amanda E. Prutzman
      Lori Ann Simpson

      District Court/Agency Case Number(s):   0:25-cv-00054-JRT

**Caption For Case Number:   25-3036**

David A. McCoy, II

        Plaintiff

Jeffrey M. Johnson, Sr.

        Plaintiff - Appellant

v.

Bob Jacobson, His official capacity as the Commissioner of the Minnesota Department of Public Safety

        Defendant - Appellee

**Addresses For Case Participants:   25-3036**

Ryan A. Morrison
LIBERTY JUSTICE CENTER
Suite 1-250
7500 Rialto Boulevard
Austin, TX  78735

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Duncan James Crim
LIBERTY JUSTICE CENTER
970 Pine Road
Carlisle, PA  17015

Madeleine R. DeMeules
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2125

Kelly J. Keegan
KEEGAN LAW OFFICE
1622 W. Lake Stteet
Minneapolis, MN  55408

Elizabeth Catherine Kramer
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2125

Amanda E. Prutzman
ATTORNEY GENERAL'S OFFICE
Suite 600
445 Minnesota Street
Saint Paul, MN  55101-2125

Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320